Rickey Nelson JONES, Plaintiff–Appellant,

v.

ADMINISTRATIVE OFFICE OF THE COURTS, Maryland Judiciary, Defendant–Appellee.

No. 16-1341

United States Court of Appeals, Fourth Circuit.

Submitted: October 28, 2016

Decided: November 8, 2016

Rickey Nelson Jones, Law Offices of Reverend Rickey Nelson Jones, Baltimore, Maryland, for Appellant. Brian E. Frosh, Attorney General of Maryland, Michele J. McDonald, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Before NIEMEYER and WYNN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rickey Nelson Jones appeals the district court's orders dismissing his civil action alleging employment discrimination in violation of Title VII, 42 U.S.C. § 2000e et seq., and denying his motion to reconsider under Fed. R. Civ. P. 60(b)(6). We review de novo a district court's dismissal for failure to state a claim under Fed. R. Civ. P. 12(b)(6). Philips v. Pitt Cnty. Mem'l

Hosp., 572 F.3d 176, 179–80 (4th Cir. 2009). We review the denial of a Rule 60(b) motion for abuse of discretion. MLC Auto., LLC v. Town of S. Pines, 532 F.3d 269, 277 (4th Cir. 2008); Heyman v. M.L. Mktg. Co., 116 F.3d 91, 94 (4th Cir. 1997). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Admin. Office, No. 1:15–cv–03336–CCB (D. Md. Mar. 17, 2016; Mar. 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED